# EXHIBIT 1

## Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
 2
   QUINTON HARRIS, JOHN    ) CASE NO.
 3 BAKER, GEOFFREY MILLER, ) 8:16CV381-JFB-SMB
   NORMAN MOUNT, THOMAS    )
 4 TAYLOR AND SCOTT ZINN,  ) DEPOSITION OF
   INDIVIDUALLY AND ON     ) JOHN P. HOLLAND
 5 BEHALF OF OTHERS        )
   SIMILARLY SITUATED,     ) TAKEN ON BEHALF
 6                         ) OF THE PLAINTIFFS
          PLAINTIFFS,      )
 7                         )
   VS.                     )
 8                         )
   UNION PACIFIC RAILROAD  )
 9 COMPANY,                )
                           )
10        DEFENDANT.       )
11 ------------------------
12
13         DEPOSITION OF JOHN P. HOLLAND, taken
14 before Cynthia Craig, General Notary Public within
15 and for the State of Nebraska, beginning at
16 12:00 p.m., on March 28, 2017, at the Law Offices of
17 Baird, Holm, 1500 Woodmen Tower, Omaha, Nebraska,
18 pursuant to the within stipulations.
19
20
21
22
23
24
25
```

## Page 2

```
                A P P E A R A N C E S
 1
 2 FOR THE PLAINTIFFS:
   MR. ROBERT L. SCHUG
 3 MS. LAURA A. BAURES
   NICHOLS KASTER
 4 4600 IDS Center
   80 South 8th Street
 5 Minneapolis, Minnesota 55402
   (877)448-0492  FAX (612)215-4878
 6 schug@nka.com
   lbaures@nka.com
 7
   FOR THE DEFENDANT:
 8 MR. SCOTT P. MOORE (#20752)
   MS. ALLISON D. BALUS (#23270)
 9 BAIRD, HOLM, LLP
   1500 Woodmen Tower
10 Omaha, Nebraska  68102
   (402)344-0500  FAX 344-0588
11 spmoore@bairdholm.com
   abalus@bairdholm.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
                      I N D E X
 1
 2 CASE CAPTION ........................ Page   1
   APPEARANCES ......................... Page   2
 3 INDEX ............................... Page   3
   STIPULATIONS ........................ Page   5
 4 TESTIMONY ........................... Page   5
   REPORTER CERTIFICATE ................ Page 197
 5
   DIRECT EXAMINATION:
 6     By MR. SCHUG ..................... Page   5
 7 CROSS-EXAMINATION:
       By MR. MOORE .................... Page  18
 8
 9
10                                          MARKED
11 EXHIBIT 1.   Deposition Notice ..............    5
12 EXHIBIT 2.   Defendant's Objections ........    5
13 EXHIBIT 3.   Organizational Charts .........   14
14 EXHIBIT 4.   Job Description:  Chief Medical
                Officer/Medical Director ......   22
15
   EXHIBIT 5.   Health & Medical Contracts List  29
16
   EXHIBIT 6.   Medical Rules ................. 196
17
   EXHIBIT 7.   Executive Summary ............. 120
18
   EXHIBIT 8.   Expert Panel Recommendations .. 120
19
   EXHIBIT 9.   FMCSA's Medical Review Board .. 123
20
   EXHIBIT 10.  Executive Summary:  Seizure
21              Disorders and Commercial
                Motor Vehicle Driver Safety ... 127
22
23
24
25
```

## Page 4

```
                                          MARKED
 1
 2 EXHIBIT 11.  Expert Panel Recommendations:
                Seizure Disorders and Commercial
 3              Motor Vehicle Driver Safety ... 127
 4 EXHIBIT 12.  Medical Examination Report .... 156
 5 EXHIBIT 13.  Medical Examination Report for
                Commercial Driver Fitness
 6              Determination ................. 158
 7 EXHIBIT 14.  Union Pacific Railroad Fit Test
                Authorization Form ............ 159
 8
   EXHIBIT 15.  Medical Consent Form .......... 160
 9
   EXHIBIT 16.  Letter dated November 7, 2014
10              To Virginia Pollard ........... 167
11 EXHIBIT 17.  Letter dated March 19, 2014
                to Geoffrey W. Miller ......... 169
12
   EXHIBIT 18.  Form Letter ................... 171
13
   EXHIBIT 19.  Letter dated January 8, 2015
14              To Geoffrey W. Miller ......... 173
15 EXHIBIT 20.  Supplemental Doctor's Statement 178
16 EXHIBIT 21.  Standard Work Restrictions .... 179
17
18
19
20
21
22
23
24
25
```

Page 13

1  MR. SCHUG: Okay. And 14, my
2  understanding is that you're not providing a witness
3  for?
4  MR. MOORE: That's fair, yeah.
5  MR. SCHUG: 15 we've done. And my
6  understanding is that you're also not producing a
7  witness on 16 and 17?
8  MR. MOORE: Correct.
9  MR. SCHUG: Okay. As I stated
10 earlier this morning, just the same thing here, we
11 obviously reserve the right to take up any issues
12 with the court concerning those objections or the
13 topics that Union Pacific has not identified a
14 witness for.
15 MR. MOORE: Understood.
16 BY MR. SCHUG:
17     Q.  Dr. Holland, what is your position with
18 Union Pacific?
19     A.  I'm the chief medical officer.
20     Q.  And how long have you held that position?
21     A.  I -- since March 1st, 2010.
22     Q.  And what are your responsibilities as
23 chief medical officer?
24     A.  Well, I have responsibilities for
25 providing medical oversight to everything that the

Page 14

1  health and medical services department does,
2  including oversight to the medical fitness-for-duty
3  evaluation program. And we have other programs that
4  deal with regulatory medical exams, preplacement
5  medical exams, health promotion programs, and we
6  have other activities working with other parts of
7  the company, particularly the safety department, for
8  anything that involves health and safety.
9       So any of these things where there's a
10 need for occupational health and medical input, I
11 provide that.
12     Q.  Okay. I want to talk about -- first thing
13 today about kind of the hierarchy of the health and
14 medical services group within Union Pacific.
15         (Exhibit No. 3 marked for
16         identification.)
17 BY MR. SCHUG:
18     Q.  Okay. Exhibit 3, it looks like, has three
19 organizational charts for Union Pacific. The first
20 page, Bates labeled 7125, what is this chart
21 covering?
22     A.  This first page is the health and medical
23 services department where I work.
24     Q.  Okay. And at the top it says, AVP-health
25 and medical services, and then it says human

Page 15

1  resources, human resources health services; is that
2  one position?
3      A.  So, yes, this is the associate vice
4  president for health and medical services, and he
5  reports to the vice president for human services --
6  or excuse me, for human resources.
7      Q.  Okay. Who is the VP for human resources?
8      A.  Mark Winkler.
9      Q.  And just generally, what are his job
10 duties?
11     A.  Well, he -- he -- he's in charge of the
12 department, which deals with -- the things that I
13 said he had medical oversight, those are the
14 functions of the department.
15         So we have -- we do medical
16 fitness-for-duty processes for our employees, we
17 do -- part of that is doing the persisting
18 employees, we do it for preplacement basis
19 employees.
20         We also have regulatory exams and other
21 types of physical exams. Our department also has a
22 component, disability prevention management. That's
23 essentially vocational rehabilitation professionals,
24 and they work with our own employees if they, for
25 some reason, can't return to a certain job, and also

Page 16

1  do other sort of general disability prevention
2  activities.
3          We -- the third thing is we have a group
4  within the department that -- well, so we're divided
5  into sort of a clinical group and administrative
6  group and a disability prevention management group,
7  and he's responsible for all these activities.
8      Q.  Okay. And who is immediately below the
9  AV -- or the VP of HR?
10     A.  Well, there are several of us. I report
11 directly -- I'm sorry.
12     Q.  Well, who is the AVP, is that Ed Willis?
13     A.  No, I -- I misunderstood your question.
14     Q.  Okay.
15     A.  Could you ask it again.
16     Q.  Sure. Who is the AVP of health and
17 medical on this chart?
18     A.  Mr. Mark Winkler.
19     Q.  Okay, gotcha. Who is the VP of HR?
20     A.  So the -- Sherrye Hutcherson.
21     Q.  Okay. And what are Ms. Hutcherson's
22 duties as VP of HR just generally?
23     A.  Well, yes, so obviously HR has different
24 components, so one component is health and medical
25 services. There's also a component that deals with

Page 17

recruiting, basically hiring; there's a component that deals with training, both for new hires and for existing employees; and there is a component that's called talent management, which is other things besides training: Employee empowerment and education. And then there is a benefits, so employee benefits; and sort of general personnel administration human resources.

Q. Who is -- who is Ed Willis?

A. Ed Willis was the previous associate medical director -- or excuse me, associate vice president, AVP for health and medical services, and he retired in October of 2016.

Q. Okay. And my understanding is that Chandra Henley was AVP of health and medical before Mr. Willis?

A. That's correct. She -- she was in that position until sometime January, February 2016, then Mr. Willis was in it for eight months until he retired, and then Mr. Winkler.

Q. And how long had Ms. Henley been in the position before Mr. Willis?

A. I believe -- I don't know the exact date, but it was approximately 2009 I think that she took that position.

Page 18

Q. Okay. Going back to the first page of the chart on Exhibit 3, let's start on the left, director of disability prevention, who is in that position?

A. That position is vacant --

Q. Okay.

A. -- right now.

Q. Who was in that position most recently?

A. Sheila Gniffke-Prybl. And I'll spell that for you, G-N-I-F-F-K-E, dash, P-R-Y-B-L.

Q. And how long was Mrs. Gniffke-Prybl in -- director of disability prevention?

A. I -- my recollection is probably -- is from about 2011 until -- until about November 2016, when she retired.

Q. Okay. And what generally are the duties of the director of disability prevention, just briefly?

A. Well, that department does several functions. First of all, if we have an employee that for some medical reason is unable to continue in their particular job, their current job, because they have work restrictions or something like that, then they will work with them.

We'll work with that employee to find out

Page 19

what other kind of jobs within Union Pacific they may be qualified for, and they will give them information on how to apply for it, and work with them on that.

And they'll also do that in terms of out placement, jobs outside of Union Pacific. If they have somebody that has restrictions that don't allow them to continue with their job, they will work with people that are -- may have a medical problem or disability and want to come back to the job, they'll work with the local manager and the company to see if they can find ways to accommodate them in their current job. And so they'll -- or -- or another job, so they'll work with the accommodations process.

They'll also work on disability prevention, trying to develop proactive programs to keep people at work, you know, to have them come back as soon as possible from medical problems or disability in general. It's a program basis.

One of the programs they use is something called a temporary alternate work, which some employees are eligible to come back to their jobs on a limited duty basis for a period of time, which is one of their programs.

Page 20

Q. Why is that position vacant right now?

A. Well, I don't know the answer to that, she just left a couple months ago.

Q. Okay. Did she leave voluntarily?

A. She retired, yeah, voluntarily.

Q. Okay. The position to the right is regional manager-disability prevention. Does that job involve similar functions that you just described for the director?

A. Yes. There are three regional managers for disability prevention, and those positions are still being held, and they had reported to the director, so they're basically running that division right now.

Q. Okay. And what are the regions that each of the regional managers cover?

A. Well, traditionally Union Pacific is set up with northern region, southern region, western region of the United -- of our territory, and we aren't exactly following that pattern because, one, we're -- they've divided up the regions differently, but essentially most of our operations, when we have regional managers, cover -- cover that, but right now, they're both -- they're sort of assuming the director's responsibilities as their regional, so

Page 21

1 they're dividing it up.
2   Q.  Okay.  But in a -- in the traditional
3 division, each of these regional managers would have
4 responsibility for a certain part of the country?
5   A.  Yes.  Traditionally it had been northern,
6 southern and western regions.
7   Q.  Okay.  Next position to the right is
8 general director-clinical services.  Who is in that
9 position?
10  A.  Ms. Deborah Gengler, G-E-N-G-L-E-R.
11  Q.  And what are just generally the
12 responsibilities of Ms. Gengler?
13  A.  Well, she has oversight responsibility,
14 along with me, parallel with me, for all the
15 programs I do in terms of clinical oversight, for
16 fitness-for-duty, preplacement exams, regulatory
17 exams, and other general health and safety issues
18 with the company.
19      So most of these things we -- we do
20 together, you know, on a team basis, and we have --
21 she's a nurse, master's level occupational health
22 nurse, and so she has more direct oversight with the
23 nurses.
24  Q.  Okay.  And chief medical officer, that's
25 you?

Page 22

1   A.  That's correct.
2   Q.  And we've covered this before, but just
3 briefly give me an overview of your duties.
4   A.  So my duties is to provide medical
5 oversight for the corporation for anything that
6 involves -- well, that might involve health or
7 medical or, you know, public health.
8       And so I'm involved with providing
9 oversight to fitness-for-duty programs, preplacement
10 medical exams, which is part of fitness-for-duty,
11 our regulatory exam, medical exam program.
12      We provide support to other parts of the
13 company.  There is medical input, like safety,
14 benefits, the -- and work on preventative programs,
15 health promotion programs and health and safety
16 preventative programs, too.
17          (Exhibit No. 4 marked for
18          identification.)
19 BY MR. SCHUG:
20  Q.  Dr. Holland, I'm showing you what we've
21 marked as Exhibit 4, which looks like a job
22 description for a chief medical officer/medical
23 director.
24          (Phone ringing.)
25      MR. MOORE:  Sorry about that.

Page 23

1       MR. SCHUG:  That's okay.
2       MR. MOORE:  My phone is muted, but my
3 watch isn't.  I'm still getting used to this new
4 one.
5 BY MR. SCHUG:
6   Q.  It looks to me, Dr. Holland, like this job
7 description lists a closing date of 12/23/2009, so
8 it looks like this was the position of chief medical
9 officer that you applied for; does that sound right?
10  A.  Yes.
11  Q.  Okay.  Can you just silently to yourself
12 take a look at this job description and let me know
13 once you're done giving it a look.
14  A.  (Witness complies.)
15  Q.  Have you taken a look?
16  A.  Yes.
17  Q.  Does Exhibit 4 appear to be an accurate
18 description of your job as chief medical officer?
19  A.  Yes.
20  Q.  Okay.  Are there any -- in the
21 accountability section, are there any -- is there
22 anything that -- was there anything that stuck out
23 to you as a -- as something that you're not
24 responsible for in your current position --
25  A.  No.

Page 24

1   Q.  -- that was inaccurate?
2   A.  No.
3   Q.  Okay.  Who reports directly to you?
4   A.  So I have -- there are three contract
5 associate medical directors for Union Pacific.  So
6 they're not employees, they're contractors, but we
7 have a contract with them to provide associate
8 medical director services.
9       So they report to me in terms of clinical
10 direction, their job duties and their -- so
11 essentially it's direct reporting although they're
12 not employees.
13  Q.  Sure.  And what are the job
14 responsibilities of those associate medical
15 directors?
16  A.  So the associate medical directors are
17 responsible for helping support all of these
18 programs we have, primarily the medical
19 fitness-for-duty program.
20      So they'll work with our fitness-for-duty
21 nurses, and they'll have assigned work groups that
22 they work with to support the nurses, which are
23 basically the three regions:  Northern, southern and
24 western, and then we have some other assignments,
25 such as engineering services because they aren't

Page 25

```
 1  systems based.  One of the doctors supports them.
 2          And we have -- another group of services
 3  is regulatory exams, like the commercial driver's
 4  license; and another group is preplacement.
 5          So -- so their duties are -- are divided
 6  into these areas, and they have occupational health
 7  nurses that support them.  And they will review
 8  these cases, either determining if the person meets
 9  the regulatory requirements, if that's the issue, or
10  look at fitness-for-duty, the decision is does -- is
11  the person's medical condition or treatment posing a
12  safety risk for themselves or others at work, and if
13  so, do they need work restrictions.
14          So that's the majority of what they do.
15  We will occasionally assign them to do another
16  project, like help develop a protocol or provide
17  some training to our nurses.
18      Q.  Okay.  What are the names of the three
19  current associate medical directors?
20      A.  One is Matthew Hughes, H-U-G-H-E-S.
21      Q.  And how long has Mr. Hughes had a contract
22  with Union Pacific?
23      A.  I believe he started with us around 2012.
24      Q.  Okay.  And what -- what areas is he
25  specifically assigned to?
```

Page 26

```
 1      A.  The -- well, we do change them, you know,
 2  so -- and my recollection right now is that he's
 3  doing our northern region and he's doing our
 4  engineering services -- well, I think those are his
 5  duties now.
 6      Q.  Okay.  Thank you.
 7          And who's next, who is the -- another one?
 8      A.  John Charboneau, C-H-A-R-B-E-A -- let me
 9  try writing it and then I can do better.  It's sort
10  of the -- C-H-A-R-B-O-N-E-A-U.
11      Q.  And what areas is he responsible for?
12      A.  He's responsible for the southern region
13  and he's responsible for the preplacement
14  examinations.
15      Q.  Okay.  And who is the -- who is the third
16  associate medical director?
17      A.  Donald Richard Lewis.  He goes by Dick,
18  his middle name.
19      Q.  How long has he been with Union Pacific as
20  a contractor?
21      A.  I think he -- I believe he started in
22  2015.
23      Q.  When did Mr. Charboneau start?
24      A.  He -- he tells me he's worked as a -- as a
25  contract physician for Union Pacific for more than
```

Page 27

```
 1  20 years.
 2      Q.  Okay.  Remind me of the name of the third
 3  associate medical director, the last name?
 4      A.  Lewis.
 5      Q.  Okay.  And what areas is he responsible
 6  for?
 7      A.  Okay.  So he -- he covers our regulatory
 8  exams, he's doing what we call manager referrals, so
 9  if a manager has a safety concern, there's a
10  special -- that initiates a fitness-for-duty
11  evaluation, we have a nurse that handles just those,
12  and Dr. Lewis supports that.
13          Oh, I might mention Mr. Charboneau does
14  both the western region and the southern region.
15      Q.  Okay.  Does anybody at Union Pacific
16  report directly to the associate medical directors?
17      A.  No.
18      Q.  Okay.  Moving over, on Exhibit 3 again, to
19  the position of director-health and safety, who is
20  in that position?
21      A.  So this is Jennifer Sedlacek.
22      Q.  Okay.  And what are Ms. Sedlacek's duties?
23      A.  So this is handling -- under her, she's
24  all -- the administration for our department, so she
25  has the budgeting responsibility under her, and she
```

Page 28

```
 1  has personnel responsibilities for -- for the
 2  nursing group both in Omaha and in the field.
 3          She's also got a group that we call our
 4  regulatory group, which helps manage the
 5  administrative part of the -- all the regulatory
 6  exams such as hearing conservation and commercial
 7  driver's license.  And then we have our own computer
 8  support people, and they respond -- or report to
 9  her.
10      Q.  Okay.  And then it looks like underneath
11  that position, there are several senior managers.
12  Are they responsible for different areas within --
13  within that group?
14      A.  Yes, so I might explain there's three it
15  says senior managers-clinical services, regional
16  managers-clinical services, so those are nurses who
17  manage our occupational health nurses in the field,
18  and they're developed -- they're again divided into
19  the three northern, western and southern regions, so
20  the occupational health nurses out of our facilities
21  in those regions will report to these regional
22  managers of clinical services.
23      Q.  Okay.
24      A.  The --
25      Q.  And what are the names of the current
```

Page 29

1 regional managers?
2    A.   Okay.  So Jennifer Roberts is the regional
3 manager for the northern region.
4    Q.   Okay.  I'm gonna -- I want to stop you
5 there just quickly and mark another exhibit because
6 I think that'll help us.
7              (Exhibit No. 5 marked for
8              identification.)
9 BY MR. SCHUG:
10    Q.   All right.  Exhibit 5 is a document that's
11 entitled Health & Medical Contacts List; do you see
12 that?
13    A.   Yes.
14    Q.   And it looks like this is -- well, what is
15 this document?
16    A.   Well, this tells the people in regards to
17 leadership positions within the -- and the staff
18 within the department of health and medical
19 services.  I think it's dated from 2011, so some of
20 these people have changed.
21    Q.   Okay.  But this is covering something
22 similar to the structure that we've been discussing
23 on the org chart?
24    A.   Yes.
25    Q.   Okay.  Let's go back to -- we left off at

Page 30

1 Jennifer Roberts, and what was her position again?
2    A.   She's currently the regional
3 manager-clinical services for the northern region.
4    Q.   Okay.  And who's the next regional
5 manager?
6    A.   Virginia Dunn, D-U-N-N.
7    Q.   And what is she responsible for?
8    A.   She's responsible for the southern region.
9    Q.   Okay.  And who's next?
10    A.   Karen it's Meyers, M-E-Y-E-R-S, dash,
11 Barr, B-A-R-R.  She's responsible for the western
12 region.
13    Q.   Okay.  And it looks like there are two
14 more regional managers, who are they?
15    A.   The --
16    Q.   It looks like -- just going from the
17 Exhibit 5 we just looked at, it looks like there may
18 be also somebody in charge of regulatory placement
19 and somebody for engineering; is that -- is that
20 right?
21    A.   No, the -- there may be on the org chart,
22 but there aren't any -- those positions aren't in
23 existence or there's nobody in them.
24    Q.   Okay.  Historically has there been
25 somebody -- a regional manager in charge of

Page 31

1 regulatory placement?
2    A.   No, no.
3    Q.   Okay.
4    A.   What there is -- there is -- and this
5 probably just has to do with the title, we have a
6 manager that's over the fitness-for-duty nurses in
7 Omaha.  So we have a number of fitness-for-duty
8 nurses in Omaha, and there is a manager over them.
9 I don't know what the title is.
10    Q.   Okay.
11    A.   But the -- and that position -- well, and
12 then there's another position in Omaha, which is --
13 again, I don't know the title, but it's in charge of
14 all the administrative people, non-nursing staff who
15 support us in terms of the budget, and there are
16 people that are administrative that deal with
17 regulatory and the computer people.  So there's
18 another manager in Omaha, and it probably is one of
19 these titles.  I can't tell you which one.
20    Q.   Okay.  Who reports directly to the senior
21 managers that we just discussed?
22    A.   So the three nursing senior managers,
23 the -- we have occupational health nurses who are in
24 field locations and around the areas we work in, and
25 they report directly to those regional managers.

Page 32

1    Q.   Okay.  And how many nurses work in each
2 region?
3    A.   I don't know.  I think their total number
4 of nurses varies, but we have approximately
5 40 occupational health nurses, not counting these
6 managers.
7    Q.   Okay.  And if we're talking about
8 Union Pacific employees that are involved in the
9 fitness-for-duty process, is there anybody that we
10 haven't covered?  I mean, basically if we start with
11 the occupational health nurses and work our way up
12 to, you know, on this chart, Exhibit 3, the AVP of
13 health and medical, have we hit everybody, or is --
14 are there people we've left out?
15             MR. MOORE:  Object:  Form.
16         Go ahead.
17             THE WITNESS:  We've talked about
18 everybody.  I think as I mentioned, in Omaha we have
19 nurses that are dedicated just to do
20 fitness-for-duty.  And that number varies also, but
21 it's approximately six to eight, you know, and
22 including we have some contract nurses, but mainly
23 they're employees.  And they would report to this
24 manager for fitness-for-duty.  I don't know if these
25 are the exact titles.

Page 33

BY MR. SCHUG:
Q. Gotcha.
A. But -- and I mentioned them before, but I think everyone -- I think I've discussed everyone that's involved in our health and medical services department that would deal with fitness-for-duty.
Q. Okay.
      MR. MOORE: The food is here so whenever you guys want a break.
      MR. SCHUG: Sure, let's take a break for lunch now.
      MR. MOORE: Okay.
         (12:49 p.m. - Recess taken.)

Page 34

      (At 1:22 p.m., with parties present as before, the following proceedings were had, to-wit:)
BY MR. SCHUG:
Q. Okay. Dr. Holland, I want to see if we can kind of summarize the -- do a little work to kind of summarize what we've talked about, about the reporting structure with regard to fitness-for-duty evaluations.
      So my understanding is at the top would be you, correct, chief medical officer?
      MR. MOORE: Objection: Form, but go ahead.
      THE WITNESS: Well, I don't -- you know, I said I report to the vice president.
BY MR. SCHUG:
Q. Sure.
A. The fitness-for-duty nurses don't report to me. You know, we work together as a team, you know, and the director of clinical services, Deb Gengler, works with us too, so it's sort of -- I don't know if I'd say at the top, but it's more of a --
Q. Okay.
A. -- more of a level --
Q. So maybe at the -- at the -- using my

Page 35

words, at the top would be kind of a flat structure between the AVP of health and medical, yourself as the chief medical officer, and then Deb Gengler, the director of clinical services?
A. Yeah. Let me just clarify a little bit.
Q. Yep.
A. Of course, we all report to our AVP of medical, and we -- the -- when we deal with a fitness-for-duty issue, I and Deb Gengler will provide a lot of oversight. We've got our nursing group, which are all assigned with associate medical directors.
      So any case we have in fitness-for-duty has probably got four people directly involved with it. So -- and really not very hierarchical because we all have our -- all have our things to say about it, you know, and the -- and I'll provide more clinical direction, you know, Deb Gengler might provide more administrative direction on how we do it.
Q. Okay. But then as far as the reporting relationship, the -- Deb Gengler, as the general director of clinical services, has these three senior managers that report to her; is that right?
A. That used to be the structure, and right

Page 36

now they are reporting independently to our head of administrative services, but in terms of clinical direction, she still has that.
Q. Okay. And as far as the formal reporting structure, when did that change?
A. Sometime in mid 2016.
Q. Okay. So fairly recently.
      And then I also want to see if I can get a better sense from you on -- so we have 40 or so fitness-for-duty nurses, are they -- are the fitness-for-duty nurses siloed in a specific region or are they divided up by the type of -- the type of work that they're doing?
A. Okay. Well, let me correct you just a little bit.
Q. Yep.
A. We have -- we -- the -- our two types of nurses, occupational health nurses, we call them, are the nurses in the field. Now, broad sense, you could say all of our nurses, the fitness-for-duty nurses are also occupational health nurses, so we don't get confused, we call the nurses in the field assignments occupational health nurses.
      We have 40 of those, and those are the ones that report to the regional clinical services

Page 37

managers, which are these also nurses, and they -- to answer your question about what they do, we have -- for our major shops -- so we have mechanical shops to maintain and repair locomotives, and we have a separate set of mechanical shops to maintain and repair railcars, so we call them car shops and locomotive shops.

And -- and we -- and the major facilities, the larger shops all have a nursing office, and they're assigned to one or more occupational health nurses that work there, and then we have what we call service units.

And the company is divided -- that's the next level of organization below a region, and there's approximately I think 20 service units in the company, and so each service unit will have a nurse that provides support service to the transportation, which is the train crews mainly, transportation employees.

So we will have -- for instance, North Platte is the headquarters of a service unit. North Platte will have occupational health -- one or more occupational health nurses that are service unit nurses that deal with our train crews, and they've also got some shop nurses that deal with

Page 38

the -- you know, support the shops.

And that's -- that's our typical structure. We will have at least one service unit nurse in each service unit, and then with the larger shops, we'll have -- they'll have their own nurse. Those are the occupational health nurses.

The fitness-for-duty nurses are all -- well, they're all headquartered out of Omaha, and their job is just to support the fitness-for-duty activities and work with the associate medical directors and then me and the director of clinical services.

Q. How many fitness-for-duty nurses are there in Omaha?

A. So we -- I believe we have -- we have six or seven right now. We've got two empty positions, so usually we have about eight to nine. It varies a little bit in terms of, you know, reorganization. We're going through some reorganization and downsizing.

Q. Okay. How many service units are there within Union Pacific?

A. Well, as I said, I think there's approximately 20.

Q. Okay. And then the service units are then

Page 39

divided between the north, south and west regions; is that right?

A. Yes. So they -- they -- they don't overlap. Basically the southern region is comprised of this -- these -- the certain service units there, and then the western region, so there's no overlapping boundaries between the service units and the regions.

Q. Okay. You may have covered this briefly, but can you go into more detail about the difference between what the field OHN nurses do and what the fitness-for-duty nurses do in Omaha?

A. Yes. Start with the field occupational health nurses, so they will have an office in a facility, and the office will have facilities to do first aid.

So they will take care of first aid for injuries, particularly in the shop if something happens there, but they'll also have -- typically have an audiogram booth so they can do audiograms to meet our responsibility for hearing conservation programs, and they will have equipment to do vision testing, you know, like a wall chart to do distant vision, and they'll have some color vision books, and so they'll do that.

Page 40

They will -- and we have protocols for them for first aid, for cases, first aid and triage. So things that are more than first aid, of course we want them to triage those to a medical facility and arrange transportation and so forth.

They will also be involved in health promotion efforts for employees, they'll do health education if employees come in and ask them about, you know, personal medical issues.

We're not gonna try to practice medicine or have them actually direct care, but this is, we believe an important thing, to provide health education and try to answer their questions.

They will work with the local management on health and safety programs, so they're part of the team in terms of doing, you know, programmatic things.

They have a limited involvement in fitness-for-duty in -- basically in terms of getting people -- coordinating employees and managers with people in Omaha, but they don't directly -- they're not directly involved with them other than sometimes, you know, coordination, getting people to the right person in Omaha that deals with that.

And then they'll -- finally when

Page 53

1  president, EVP, chief administrative officer.
2       Q.   Okay.  And who is that person currently?
3       A.   Eric Butler.
4       Q.   Okay.  And how would Mr. Butler's job
5  duties relate to fitness-for-duty?
6       A.   The vice president of human resources
7  reports to him.
8       Q.   Okay.  And who is that?
9       A.   That's Sherrye Hutcherson.
10      Q.   Okay.  More specifically than that, how
11 would Mr. Butler be involved in the fitness-for-duty
12 program, kind of in his day-to-day job duties?
13      A.   He wouldn't have day-to-day involvement.
14 The -- you know, the health -- or the medical rules,
15 which regulate our program, are something that has
16 been adopted as a rule or policy of the company.
17 That's always done at the top organizational level.
18           So they -- you know, at one time this
19 was -- their current policy was approved by the
20 operating committee because that's how we have to
21 approve policies, and the -- they -- he does have
22 oversight, you know, so he can and does ask
23 questions and can ask us to produce everything and
24 can make suggestions, but on a day-to-day level,
25 usually he -- that's not a day-to-day function

Page 54

1  usually.
2       Q.   Okay.  Is it fair to say that within the
3  company, Mr. Butler is the highest level -- highest
4  level person in the company that has ownership over
5  the fitness-for-duty program?
6            MR. MOORE:  Objection:  Form.
7            THE WITNESS:  I -- I don't think I
8  would say it that way.  I mean, I think the --
9  the -- you know, even the president, you know,
10 chairman, CEO, knows about our program.
11           You know, they're supportive of
12 fitness-for-duty because they think it contributes
13 to safety and it's the right thing to do, and so --
14 and, you know, occasionally will comment on it, so I
15 think -- I think that there's ownership of this as a
16 component of the company by the top executive group,
17 including not just our executive vice president, but
18 law, labor relations operations.  They'll all,
19 safety; they'll all, you know, comment if they think
20 there's something they want to say.
21 BY MR. SCHUG:
22      Q.   Okay.  Turn to the third page of this
23 Exhibit 3.  What is this part of the org chart
24 describing?
25      A.   So this is the -- these are the people

Page 55

1  that report to the executive vice president-chief
2  administrative officer.  Eric Butler has that
3  position now.  And you can see one of the groups
4  reporting to him is human resources.
5       Q.   How is -- how is the human resources
6  department involved in the fitness-for-duty program?
7       A.   Well, our department or our health and
8  medical services department is part of human
9  resources.
10      Q.   Okay.  You can put this exhibit aside.
11      A.   (Witness complies.)
12      Q.   You mentioned that within health and
13 medical you had your own devoted computer support
14 group; did you say that?
15      A.   Yes.
16      Q.   Okay.  Who's in charge of that?
17      A.   The -- well, there are two people.  I'm
18 not sure that -- I think they both take
19 responsibility.  Sheila Fields and Heather Aguilera.
20      Q.   And what is Ms. Fields' job title?
21      A.   I don't know.
22      Q.   Okay.  What -- what do Ms. Fields and
23 Ms. Aguilera do for your health and medical services
24 group?
25      A.   Well, we developed a unique computer

Page 56

1  system to support our department--fitness-for-duty,
2  regulatory exams, and we -- I believe it came online
3  in 2013, and it was about a year or more in
4  development before that, so she would -- so -- and
5  it -- it can coordinate and hook in with our
6  enterprise computer system for the company.
7            And parts of it are confidential; people
8  can't get into the medical part, but if we provide
9  clearance for somebody, we put it in our computer
10 system, and then the manager can see that.  You
11 know, so it really is a good way to integrate us
12 with the company, so there's --
13      Q.   What is that system called?
14      A.   We call it E, with a small e --
15      Q.   Yep.
16      A.   -- HealthSafe, and the Health and Safe are
17 capitalized.
18      Q.   Okay.  Describe to me generally how the
19 eHealthSafe system is used.
20      A.   Okay.  So to access this, it's limited
21 access, and we go in -- you have to get access --
22 you have to be on the Union Pacific computer
23 network, so you have to get -- have your own
24 passwords to get on there.
25           And then within that, you go into a

Page 141

evaluation, but if we, in the process of doing that, find something that we think would be a safety risk, then we'll initiate fitness-for-duty.

So I think we have a fairly standard process for doing it that we've worked out at least in practice, if not every decision point's written down as a rule. So that's an initiation point.

Now, how it's formally started is there's a process in, again, our eHealthSafe system, where the fitness-for-duty nurse opens a case. And this is where we have a lot of terminology, too. A fitness-for-duty case is opened by the nurse.

We have different categories, so she actually puts in the system why it's initiated: This is a manager referral, this is a health and medical services initiated one.

We tend to categorize anything that's a reportable health condition as a reportable health condition no matter how it comes to us. I know that may seem a little logical, but if it's employee requests or something, we decide if it's one of these things, we categorize it as a reportable health condition.

Q.  Sorry to interrupt again.
When you say categorize as an employee

Page 142

health event or employee health condition, what do you mean by that when you say categorize?

A. The --
MR. MOORE:  Object to form.
Go ahead.
THE WITNESS:  As part of the process in the computer system, you initiate -- the nurse initiates a fitness-for-duty evaluation, then there's a pull-down menu, what was the reason for the fitness-for-duty evaluation. And health and medical services initiated a manager request, reportable health condition.
BY MR. SCHUG:
Q.  Okay.
A.  So the -- it sort of makes sense in a way. The reportable health condition, even if it came in from us reviewing health and medical records, we're gonna just put it in that category just -- so then -- and then preplacement is its own category. We don't actually call it fitness-for-duty, but it's what it is, and the same thing with, you know, our return-to-work exams or for fitness-for-duty evaluation.

So then the process is somewhat directed by a computer system. You know, they -- as part of

Page 143

opening this, the nurse also has to do certain administrative things, like the person's not working, you need to put them on medical leave, and you need to send out notifications to this -- the system automatically sends out notification to the supervisor that this person's considered not fit for duty pending evaluation.

And -- and then the next step is the fitness-for-duty nurse makes contact with the employee, typically with a phone call or sometimes an e-mail, please, call me so we can discuss this, but they always want to have a personal contact with them or direct contact. And then talks to the employee about why we did the fitness-for-duty evaluation if they don't know, or why we opened it.

So if we -- if it's a manager's referral, we say your manager's got these concerns. Now, the manager's usually told the person they're opening it, too, or if we -- if it's something we discovered, we just say we were looking through this information in your file and this is our concern, we need to evaluate it.

The nurse will try to determine if this is a condition, there's relevant medical care that's been given. Currently or historically, the nurse is

Page 144

pretty good at deciding what to ask for in terms of records.

And then when we get material about the case, the nurse will send it to the associate medical director. And the associate medical director's review is, again, what's the medical condition, what might be the potential safety risk.

The -- they'll at least make notes of this in eHealthSafe. There may be another iteration where the associate medical director says we need more records, ask them for these additional records, or we need to send them to an exam ourselves, we'll do this.

When we've got all sufficient medical information, the associate medical director will make a fitness-for-duty determination based on an individualized evaluation of the person's health condition, and also information about the job duties and risks.

And if it's something that -- where there's a risk for sudden incapacitation, they'll apply the evidence-based risk assessments that might be in FMCSA or other literature we have to determine if the risk is unacceptably high or acceptable, then inform -- then they'll come up with a decision.

Page 153

1  A.  Well, I don't know if I would phrase
2  limitations.  We -- we try to -- it's our intent to
3  be as specific as we can.  Now, sometimes you have
4  to be more general because you actually don't know
5  what the medical condition is or -- and -- but when
6  we can be specific, we are.
7       We have -- on our forms currently, we have
8  certain language that relates to the GINA Act, and I
9  can't really cite that for you, but it's a standard
10 thing basically saying, you know, we're not asking
11 for genetic information.
12      And the -- there are certain things that
13 when we fill out the request form, like sometimes we
14 have request forms we fill out as sort of like a
15 medical information.  We ask the employee to sign so
16 we can give it to a hospital, and, you know, on
17 those sometimes, you have to say whether you're
18 asking for mental health and substance abuse
19 information, and we never ask for information about
20 HIV, for instance.  We just wouldn't.
21      So I think -- and we -- you know, the --
22 the nurses know that we're not going to ask for
23 personal information that's not relevant to the
24 case.
25 Q.  Okay.  How do the nurses know not to do

Page 154

1  that?
2  A.  Well, they -- they have -- we have
3  training, you know, with them, we -- they have a
4  supervisor, Deb Gengler, and myself and others that
5  they frequently come to.  Every day I get multiple
6  questions from them, you know, so they feel very
7  comfortable, you know, asking us for advice.
8       And we see their work.  I mean, if we see
9  something that we think we want them to do it
10 differently, we'll tell them.  So I mean, it's
11 just -- it's like any other management.  We've got
12 some training, we've got ability -- you know,
13 oversight, you know, we try to give positive
14 feedback and we try to encourage questions.
15 Q.  Do I have -- do you recall when exactly
16 the -- this GINA language was started to be included
17 in the templates used by fitness-for-duty nurses?
18 A.  I don't know the exact time.  I think it
19 was -- I think it was maybe two, three years ago,
20 but not in the past year before that.
21 Q.  Prior to the time that that language was
22 included about GINA, what did the health and medical
23 services department do to prevent employees or their
24 health care providers from giving family medical
25 information or an employee's history of certain

Page 155

1  diseases that you weren't asking for?
2       MR. MOORE:  Objection:  Form.
3       THE WITNESS:  So the -- well, I think
4  it's my same answer as before.  I mean, we ask for
5  specific things because it's for fitness-for-duty,
6  and the -- we didn't have that language.  I mean, we
7  didn't ask for genetic information, you know, we
8  asked for other -- other things.  I think the reason
9  we put the language in is to make it clear we
10 weren't asking for it.
11 BY MR. SCHUG:
12 Q.  Sure.
13 A.  But all I can say is before that, we tried
14 to be as specific as we could.
15 Q.  Sure.  Did you find -- before you started
16 using the GINA language, did you find that you would
17 often get, you know, broader family medical history
18 or medical history from the employee that -- that
19 you hadn't specifically asked for?
20      MR. MOORE:  Objection:  Form.
21      THE WITNESS:  The -- well, of course,
22 what we're asking for is medical records, and we're
23 not asking people to redact them.  And if they did,
24 that's not the practice usually in medicine.  And so
25 we will -- we may be -- so we're gonna find all

Page 156

1  about their health conditions.  I mean, that's the
2  way you practice medicine mainly.
3       I mean, sometimes if you're going -- like,
4  if you're going to an ophthalmologist, you're not
5  going to give a complete history.  If you go to an
6  internist, you are, you know.  So I think that
7  information is inherent in medical records.
8       Now, we're going to focus on a couple
9  certain things.  We're going to focus on the things
10 that are relevant to their condition that causes
11 a -- we think causes a safety risk, but we're gonna
12 get the records that speaks to their general health.
13 BY MR. SCHUG:
14 Q.  All right.  I'm going to go through and
15 look at some -- just have you take a look at some
16 documents, and see if you can identify them for me.
17          (Exhibit No. 12 marked for
18          identification.)
19      MR. MOORE:  I'm going to assert an
20 objection to any questions regarding the underlying
21 facts of any of the individual plaintiffs as beyond
22 the scope of the 30(b)(6) notice.  So we didn't
23 prepare him to answer individual questions regarding
24 each plaintiff because it wasn't included in the
25 topics in the 30(b)(6).