# EXHIBIT 96

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

QUINTON HARRIS; JOHN BAKER;
GEOFFREY MILLER; NORMAN MOUNT;
THOMAS TAYLOR; AND SCOTT ZINN;
individually and on behalf of other similarly
situated,

        Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY,

        Defendant.

CASE NO. 8:16cv381-JFB-SMB

**DECLARATION OF ALEXANDER WISE**

I, Alexander Wise, declare that the following is true and correct to the best of my knowledge and recollection:

1. I am an adult resident of the state of Minnesota. I am employed as a Litigation Database Specialist at Nichols Kaster, PLLP. I work with Microsoft Excel on a daily basis as part of my job duties.

2. At the direction and under the supervision of Plaintiffs' Counsel, I have prepared a number of summaries of Union Pacific's eHealthsafe and Service Restriction data using functions of Microsoft Excel.

3. The eHealthsafe datasets are bates labeled UP_Harris_202506 and UP_Harris_238006. The Service Restriction dataset is bates labeled UP_Harris_408498.

### The eHealthsafe Datasets

4. I counted that there were 7,700 unique individuals in the eHealthsafe datasets.

5. I counted that there were 7,283 unique individuals in the eHealthsafe datasets who had a "SERVICE CLOSED DATE" that is either later than September 18, 2014, or is blank.

1

6. I counted that there were 3,145 unique individuals in the eHealthsafe datasets who had either of the following:

   a. a "SERVICE OUTCOME" of "CLEARED TO WORK - WITH PERMANENT RE", "CLEARED TO WORK - WITH TEMPORARY RE", or NOT "CLEARED TO WORK"; or

   b. a "SERVICE CLOSURE REASON" of "EE NOT ABLE TO RETURN WORK", "MANAGER DOES NOT AGREE TO ACCOMMODATE - REFER TO ACCOM COMMI", or "MEDICAL DISQUALIFIED."

7. I counted 5,855 unique individuals in the eHealthsafe datasets who had a listed "DIAGNOSIS KEY CATEGORY." Of these individuals, I counted 2,637 with one of the "SERVICE OUTCOME(S)" or "SERVICE CLOSURE REASON(S)" identified above in ¶ 6.

8. Table 1 below summarizes individuals by "DIAGNOSIS KEY CATEGORY", including: (A) the particular "DIAGNOSIS KEY CATEGORY"; (B) the number of unique individuals with that "DIAGNOSIS KEY CATEGORY"; (C) the number of unique individuals with a particular "DIAGNOSIS KEY CATEGORY" and with one of the "SERVICE OUTCOME(S)" or "SERVICE CLOSURE REASON(S)" identified above in ¶ 6; and (D) the percentage of unique individuals with a particular "DIAGNOSIS KEY CATEGORY" having one of the "SERVICE OUTCOME(S)" or "SERVICE CLOSURE REASON(S)" identified above in ¶ 6. Individuals may be included in more than one "DIAGNOSIS KEY CATEGORY" group.

| | | (A) | (B) | (C) | (D) |
|---|---|---|---|---|---|
| | | DIAGNOSIS KEY CATEGORY | Unique Individuals | Unique Individuals with SERVICE OUTCOME or SERVICE CLOSURE REASON from Paragraph 6 | (C) / (B) |
| (1) | | MSK | 1940 | 874 | 45.05% |
| (2) | | EARS/HEARING | 532 | 246 | 46.24% |
| (3) | | SLEEP DISORDERS | 1019 | 408 | 40.04% |
| (4) | | ICD CODES | 1011 | 483 | 47.77% |
| (5) | | CARDIOVASCULAR | 1408 | 648 | 46.02% |
| (6) | | PULMONARY | 101 | 53 | 52.48% |
| (7) | | NEURO | 318 | 223 | 70.13% |
| (8) | | GU | 74 | 34 | 45.95% |
| (9) | | ENDOCRINE | 678 | 336 | 49.56% |
| (10) | | EYE/VISION DISORDERS | 754 | 505 | 66.98% |
| (11) | | PSYCH | 329 | 143 | 43.47% |
| (12) | | INFECTIOUS DISEASE | 25 | 10 | 40.00% |
| (13) | | GI/ABD | 192 | 83 | 43.23% |

Table 1: Summary of Diagnosis Key Category (eHealthsafe datasets)

2

| | | | | | |
|---|---|---|---|---|---|
| (14) | SKIN | 58 | | 29 | 50.00% |
| (15) | HEMATOLOGY | 17 | | 9 | 52.94% |
| (16) | IMM/ALL | 6 | | 4 | 66.67% |
| (17) | CONVERSION | 3 | | 1 | 33.33% |

## The Service Restriction Dataset

9. I counted 5,783 unique individuals in the Service Restriction dataset.

10. Of these 5,783 individuals, I counted that 4,951 have a listed "WA_CAT" of "CLIMBING", "DRIVING OR OPERATION OF EQUIPMENT", "ELECTROMAGNETIC FIELDS", "HEARING", "PERMANENT - NOT FIT FOR DUTY", "REG CDL", "REG CRANE", "SUDDEN INCAPACITATION-ENGINEERING", "SUDDEN INCAPACITATION-MECH&TEY", "TEMPORARY - NOT FIT-FOR-DUTY", or "VISION".

11. I isolated all Service Restriction dataset records that satisfied the conditions of ¶ 10, above. For each of the individuals included in this data subset, I calculated the total time elapsed between "LIMI_STRDATE" and "LIMI_ENDDATE." Values in the latter date field were capped at August 17, 2018. I excluded records with "LIMI_ENDDATE" values that predated "LIMI_STRDATE" values. Certain individuals had records with overlapping "LIMI_STRDATE" and "LIMI_ENDDATE" – the calculations did not double-count these overlapping time periods.

12. Table 2 summarizes below summarizes the individuals described in ¶ 10 by the total amount of time between their "LIMI_STRDATE" and "LIMI_ENDDATE."

| Table 2: Summary of Service Restriction Data Subset | | |
|---|---|---|
| | (A) | (B) |
| | Total Time Covered by Service Restriction Data Subset | Unique Individuals |
| (1) | 0-90 Days | 1,589 |
| (2) | 91-180 Days | 549 |
| (3) | 181-365 Days | 373 |
| (4) | 366-730 Days | 479 |
| (5) | Greater than 730 Days | 1,961 |
| (6) | Total | 4,951 |

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 10, 2018

_____
Alexander Wise