# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-8006

Quinton Harris; Geoffrey Miller; Norman Mount; Scott Zinn; Thomas Taylor; John Baker

Respondents

v.

Union Pacific Railroad Company

Petitioner

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:16-cv-00381-JFB)

**JUDGMENT**

Before LOKEN, GRASZ, and STRAS, Circuit Judges.

The petition for permission to appeal has been considered by the court and is hereby granted. The case is transferred to the general docket as Case No. 19-1514.

Mandate shall issue forthwith.

March 13, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans