IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTON HARRIS, GEOFFREY MILLER, NORMAN MOUNT, SCOTT ZINN, THOMAS TAYLOR, and JOHN BAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:16CV381<br><br>**ORDER** |

This matter is before the Court on the joint stipulation of the parties to stay this action pending a decision on the appeal to the Eighth Circuit. Filing No. 323. The Court has reviewed the stipulation and will stay this case until the Eighth Circuit issues a decision.

THEREFORE, IT IS ORDERED THAT the joint stipulation, Filing No. 323, to stay this case pending a decision by the Eighth Circuit is granted.

Dated this 10th day of July 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge