IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINTON HARRIS, GEOFFREY MILLER, NORMAN MOUNT, SCOTT ZINN, THOMAS TAYLOR, and JOHN BAKER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 8:16CV381<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the mandate of the United States Court of Appeals for the Eighth Circuit ("Eighth Circuit"), Filing No. 328. The Eighth Circuit reversed this Court's class-action certification. *See* Filing No. 326. Accordingly,

IT IS ORDERED that the action is referred to the United States Magistrate Judge for progression of this action.

DATED this 15th day of April, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge