IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

QUINTON HARRIS,

    Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

**8:16CV381**

**SEVENTH AMENDED FINAL PROGRESSION ORDER**

THIS MATTER is before the Court on the parties' Joint Motion for Extension of Deadlines. ([Filing No. 368](#).) The motion is granted. Accordingly,

IT IS ORDERED that the provisions of the Court's previous Final Progression Orders remain in effect, and in addition to those provisions, shall be amended as follows:

1) The trial and pretrial conference remain as scheduled in the Trial Setting Order. ([Filing No. 363](#).)

2) The deadline for plaintiff(s) to serve any expert reports in rebuttal to those served by defendant(s) after January 7, 2021 is **March 1, 2021.**

3) The non-expert deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **March 12, 2021**. The expert deposition deadline is **March 31, 2021.**

4) The deadline for filing motions to dismiss and motions for summary judgment is **May 14, 2021**. The deadline for the responding party to reply is **June 4, 2021**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **March 26, 2021**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 19th day of February, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge